<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD: November 21, 2002        NO. 02-4618

CASE CAPTION: BOUAROUY
                    V
              EMC

1.  TRIAL COUNSEL            FOR PLAINTIFF: PRO SE

                             FOR DEFENDANT: B. FEIN

2. STATUS OF CASE:   PLAINTIFF AND DEFENDANT WILL FILE A REPORT TO COURT REGARDING THE HISTORY OF PLAINTIFF'S MORTGAGE. DEFENDANT WILL MAKE AN OFFER TO SETTLE MORTGAGE FORECLOSURE.

3.  TRIAL DATE:

4.  JURY/NONJURY:

5.  PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS
    OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF   :
        DEFENDANT(S):

NOTE:  ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL
       AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED
       TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                              SO ORDERED:


                              _____
                              CHARLES R. WEINER