IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOUAROUY

VS.                                                                                            C.A. NO. 02-4618

EMC MORTGAGE CORP.

ORDER

WEINER, J.                                                                                JANUARY 6, 2003

A hearing shall be held in this matter on Friday, January 17, 2003 at 10:00 a.m., in Courtroom 6b, United States Courthouse, 601 Market Street, Philadelphia, Pa..

IT IS SO ORDERED.

_____
CHARLES R. WEINER