IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM K. BOUAROUY

VS.   C.A. NO. 02-4618

EMC MORTGAGE CORP.

RULE TO SHOW CAUSE

WEINER, J.   JANUARY 22, 2003

      A Rule is hereby GRANTED on the plaintiff to show cause why this matter should not be dismissed for lack of prosecution.

      A hearing will be held on Tuesday, January 28, 2003, at 10:00 a.m., in Courtroom 6b, United States Courthouse, 601 Market Street, Philadelphia, Pa.

      There will be no continuances and, if plaintiff fails to appear, this case will be summarily dismissed.

IT IS SO ORDERED.

_____

CHARLES R. WEINER