IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM K. BOUAROUY
AND KHAMPHAY BOUAROUY

    VS.                                                        C.A. NO. 02-4618

EMC MORTGAGE CORP.

## ORDER

WEINER, J.                                                                       MARCH 6, 2003

       After a careful review of the contentions of the parties on appeal, it is hereby ORDERED that the Order of the Bankruptcy Court dated June 4, 2002 is AFFIRMED.

       This case is DISMISSED WITH PREJUDICE.

       IT IS SO ORDERED.

                                                                       CHARLES R. WEINER